UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRISTIN JURJ, as mother and
Next Friend of L.J., a minor,

Plaintiff,

Case No.: 24-12836
Judge Linda V. Parker
Mag. Judge Curtis Ivy, Jr.

v.

JAMIE SKYLIS and THIES EY

Defendants.

MOSS & COLELLA, P.C.
BY: A VINCE COLELLA (P49747)
ELENA T. KAATZ (P85501)
*Attorneys for Plaintiff*
28411 Northwestern Hwy., Suite 1150
Southfield, MI 48034
248-945-0100 / F: 248-945-1801
vcolella@mosscolella.com

GIARMARCO, MULLINS & HORTON, P.C.
BY: TIMOTHY J. MULLINS (P28021)
KENNETH B. CHAPIE (P66148)
ANNABEL F. SHEA (P83750)
*Attorneys for Defendants*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084
248-457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com
ashea@gmhlaw.com

**ORDER APPROVING CONFIDENTIAL SETTLEMENT AGREEMENT**

This matter having come before the Court on Plaintiff's Motion to Approve Confidential Settlement Agreement and Distribution of Proceeds and Sealing Confidential Information, and the Court being fully advised in the premises, finds as follows:

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

1. This action was brought on behalf of L.J., a minor, by his mother and next friend, Cristin Jurj.

2. The parties are seeking court authority to enter into a Settlement Agreement and Release providing for settlement of all claims in this action for a monetary sum as set forth in the *Confidential Exhibit A* submitted to this Court through its chambers.
3. After consideration of the relevant factors, including the probability of success on the merits, the range of possible recovery, the certainty of recovery under the settlement versus the uncertainty of trial, the complexity and likely duration of additional litigation, the amount of the settlement, and the recommendation of competent counsel, the Court finds that the settlement is fair, reasonable, and adequate.
4. The settlement is in the best interests of the minor plaintiff because it provides monetary recovery without the risks, costs, and delays of continued litigation.
5. The settlement allows for proper management and distribution of the settlement proceeds in compliance with applicable laws and court rules.
6. The parties agree that Plaintiff shall comply with all applicable statutes, rules, and regulations governing settlements on behalf of minors, including but not limited to the Michigan Court Rules and the Estates and Protected Individuals Code.

**ORDER APPROVING CONFIDENTIAL SETTLEMENT**

IT IS HEREBY ORDERED that Plaintiff's Motion to Approve Settlement and Distribution of Proceeds as set forth in *Confidential Exhibit A is* GRANTED.

IT IS FURTHER ORDERED that *Confidential Exhibit A* is not required to be filed with this Court's electronic filing system to protect the terms of the settlement from public disclosure.

IT IS FURTHER ORDERED that Plaintiff may create a special needs trust for any portion of the settlement proceeds, such trust must be established and approved by the appropriate probate court before distribution of settlement funds.

IT IS FURTHER ORDERED that this Court RETAINS JURISDICTION solely for the purpose of enforcing the terms of the Settlement Agreement and Release and ensuring compliance with the requirements for handling settlement proceeds on behalf of the minor.

IT IS FURTHER ORDERED that this action shall be DISMISSED WITH PREJUDICE and without costs to either party, pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS FURTHER ORDERED that this Order shall become effective immediately upon entry.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 5, 2025